THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKEEM RAHSEED POTTINGER,<br><br>and<br><br>JAMAL WEIR,<br><br>*Defendants*. | **UNDER SEAL**<br><br>Case No. 1:26-mj-409 |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANTS**

I, Carly Applebaum, being first duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. This Affidavit is submitted in support of a Criminal Complaint and related Arrest Warrants charging that, from at least in or around April 2025, and continuing through on or about August 25, 2026, within the Eastern District of Virginia and elsewhere, the defendants, **AKEEM RAHSEED POTTINGER** ("**POTTINGER**") and **JAMAL WEIR** ("**WEIR**"), did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others unknown, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and 846.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and therefore, I am "an investigative or law enforcement officer of the United States" within the

meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal offenses, including violations of Title 21 of the United States Code. I am further authorized to execute search warrants issued under the authority of the United States.

3. I have been a Special Agent with the FBI since December 2022 and am currently assigned to the Washington Field Office, Northern Virginia Resident Agency, Hi-Tech Opioid Task Force. As a member of the Hi-Tech Opioid Task Force, I investigate darknet-related narcotics trafficking. Prior to becoming a Special Agent, I was employed as an FBI Intelligence Analyst from 2018 to 2022.

4. As a Special Agent, I have participated in the application for, and execution of federal search warrants related to the investigation of narcotics trafficking-related offenses. These investigations have resulted in the prosecution and conviction of many individuals and the seizure of illegal narcotics, weapons, bulk cash, and other evidence of criminal activity. Additionally, I have interviewed individuals involved in narcotics trafficking and have obtained information from them regarding the acquisition and distribution of controlled substances. Through my training and experience, I am familiar with the methods, tradecraft, and terminology utilized by the traffickers of controlled substances. During my employment with the FBI, I have also gained knowledge of the use of various investigative techniques, including but not limited to wiretaps, physical surveillance, undercover operations, confidential human sources, cooperating witnesses, controlled purchases of illegal narcotics, electronic surveillance, consensually monitored recordings, interviews, administrative and grand jury subpoenas, and search and arrest warrants.

5. The facts in this affidavit come from my personal observations, training and experience, review of documents, and information obtained from other agents and law

enforcement personnel. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. Unless specifically indicated otherwise, all conversations, statements, and events described are related in substance and in part only; all amounts, sums, and times provided are approximate; and all dates listed are on or about those indicated. This affidavit also reflects my current understanding of the facts related to this investigation, but my understanding may change as the investigation proceeds. The inferences and conclusions I draw from the evidence included in this affidavit are what I believe based on my training, experience, and knowledge of the investigation. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my or the Government's knowledge about this matter. I have not, however, intentionally excluded any information known to me that I believe would defeat a determination of probable cause.

## BACKGROUND CONCERNING FENTANYL

6. Fentanyl is a Schedule II controlled substance and is a synthetic opioid pain reliever. Fentanyl is often used to treat severe pain. Fentanyl is estimated to be 50 to 100 times more powerful than morphine. Fentanyl is also being produced in clandestine labs and distributed through traditional opioid networks, and more recently by way of darknet exchanges. Illicitly produced fentanyl is often combined with heroin or other substances to increase potency or add an opioid effect to an otherwise non-opioid drug. It is common for drugs represented as heroin or other substances by distributors to be found to contain fentanyl when seized by law enforcement. Fentanyl and other synthetic opioid related deaths have increased dramatically since 2013.

7. Since 2019, fentanyl laced counterfeit prescription drugs have flooded black markets and have become the most prolific form of illicit fentanyl. Law enforcement officers

commonly find dealers selling round blue pills imprinted with "M" and "30" which mimic the markings associated with oxycodone 30 mg pills manufactured by Mallinckrodt Pharmaceutical. The widespread distribution of the counterfeit pills is marked by popular culture terminology such as "blues," "M-30s," "Perc's," and "Perc-30's." "Perc" is a commonly used slang reference that is short for "Percocet" which is a name brand prescription painkiller that contains oxycodone. Based on my training and experience, I know that "pressed" indicates counterfeit pills, which may contain no active ingredient, the wrong active ingredient, or have the correct ingredient but in an incorrect quantity. Trafficking of fentanyl pills in this counterfeit prescription pill form has dominated the black market in recent years, significantly outpacing traditional illegal distribution of legitimate pharmaceutical grade prescription drugs.

**THE DARKNET, ENCRYPTION, AND CRYPTOCURRENCY**

8. A darknet market is a hidden commercial website that operates on a portion of the Internet that is often referred to as The Onion Router ("Tor") network, darkweb, or darknet. A darknet market ("DNM") operates as a black market, selling or brokering transactions involving legal products as well as drugs, weapons, counterfeit currency, stolen credit card details, forged documents, unlicensed pharmaceuticals, steroids, and other illicit goods.

9. Individuals typically purchase narcotics through DNMs from "vendors," who accept digital currency such as Bitcoin[1] for payment. "Vendors" are the darknet's sellers of goods and services, often of an illicit nature, and they do so through the creation and operation of "vendor

[1] Bitcoin is a type of digital cryptocurrency. Functionally, it serves the same purpose as United States dollars, except that it is not tied to a central bank and is not regulated by a government body such as a treasury. Bitcoin transactions take place entirely online and offer a degree of anonymity to users. Bitcoin transactions are securely recorded on a public ledger called a blockchain. Based on my training and experience, individuals who are involved in criminal activity on the darknet often purchase items in Bitcoin to conceal the true nature of the funds from law enforcement.

accounts" on darknet markets. Customers, meanwhile, operate "customer accounts." Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear web site. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces.

10. Pretty Good Privacy ("PGP") is software that allows for the encryption and decryption of files. PGP encryption uses two "keys" referred to as the Public Key and the Private Key. A user's Public Key is meant to be shared widely to allow people to encrypt messages to the user. The recipient then uses their private key to decrypt a message or file that was encrypted using their public key. To maintain their integrity and security, private Keys are not widely shared. However, Public Keys must be made available to others to facilitate encrypted communication. As part of generating a Public Key and a Private Key, also referred to as a "Key Pair," users may, but are not required to, provide an e-mail address and/or name or moniker that may be incorporated into the header of the Public Key and subsequently visible when the public key is imported into PGP/GNU Privacy Guard ("GPG") software. GPG is a free implementation of PGP. Additionally, vendors typically maintain and display the same PGP Public Key across different markets and, sometimes, different vendor names to prove their identity as the same vendor.

11. I know, through my training and experience, that individuals who illegally distribute controlled substances on the darknet often use and are paid in cryptocurrency such as Bitcoin. Cryptocurrency is a digital form of money that uses encryption for security. It works without central banks and is not regulated by a government body such as a treasury, letting people send funds directly to each other using a shared online record called a blockchain. Cryptocurrency transactions take place entirely online and offer a degree of anonymity to users. Cryptocurrency

can be maintained on custodial or non-custodial cryptocurrency wallets. Custodial wallets are typically third-party centralized exchanges. Non-custodial wallets are maintained by the owner who protects their cryptocurrency with a password or recovery phrase, also known as a seed phrase.

12. Passcodes allowing users to access the cryptocurrency wallet, and transfer the cryptocurrency contained within it, which may be stored on mobile devices, external or removable media, or computers. These passcodes can also be represented as long strings of characters, machine readable bar codes ("QR codes"), or hidden within other innocuous looking data such as image files. Private keys and "seed keys" (specialized passphrases that can be used to regenerate private keys), can also be stored on paper. Again, recovery phrases for access to electronic wallets are typically complex and are often written down or saved in an accessible manner on paper or some electronic device.

13. A recovery phrase is a series of 12–24 random words generated by the cryptocurrency wallet that grants access. Anyone who maintains the recovery phrase can access the wallet. Even if the password is lost or destroyed, the wallet can still be recreated with that recovery phrase. If both the password and the recovery phrase are lost, the wallet cannot be recovered.

## PROBABLE CAUSE

### ***Identification of Darknet Vendor CrystalNBluCandy***

14. Beginning in and around April 2025, the United States, including the FBI and USPIS, referred to in this Affidavit collectively as "law enforcement," began investigating DNM narcotics vendor CrystalNBluCandy. The vendor was initially identified through discussions on the darknet Dread forum and through a review of Archetyp DNM, where CrystalNBluCandy

advertised "Purple Fentanyl (Lavendar) *very strong*" and "Blue pressed Oxycodone M-30 pills" for sale. An online covert FBI employee ("OCE-1") began communicating with the vendor, CrystalNBluCandy, who also identified themselves by the Keybase[2] username Fuzzlefish44 in order to conduct narcotics sales off the DNM. As the investigation progressed, Fuzzlefish44 shared a hyperlink with OCE-1 for the vendor's new TorZon DNM account, CrystalNBluCandy44. In this Affidavit, these accounts will be collectively referred to as "CrystalNBluCandy." As detailed below, law enforcement's investigation has revealed that **POTTINGER**, based in Fort Lauderdale, FL,[3] and **WEIR**, based in Bridgeport, CT,[4] are believed to be part of the criminal conspiracy that operated CrystalNBluCandy and engaged in the interstate drug trafficking of fentanyl and other controlled substances, including through sales on the darknet.

***<u>Undercover Purchases from CrystalNBluCandy</u>***

15. On or about April 24, 2025, OCE-1 contacted CrystalNBluCandy on Archetyp DNM via direct message. OCE-1 inquired about whether CrystalNBluCandy would be amenable to engage in dealings off the DNM. OCE-1 also provided their Proton email account and Dread

[2] Keybase is a secure messaging and file-sharing platform that provides end-to-end encryption.

[3] According to records obtained from various providers and sources, the first address law enforcement associated with **POTTINGER** during this investigation was listed as both a Lauderhill and Fort Lauderdale address, with the same street name and number (hereinafter the "Lauderhill Address"). According to open-source information, Lauderhill and Fort Lauderdale are different cities but both part of the greater Fort Lauderdale metropolitan area. On or about July 16, 2026, according to Florida's Driver and Vehicle Information Database, **POTTINGER's** address changed to a new location in the 500 block of NE 13th Street in Fort Lauderdale, FL (hereinafter the "Fort Lauderdale Address"). However, recent surveillance by law enforcement has led law enforcement to believe that **POTTINGER** has returned to the Lauderhill Address and is currently living there.

[4] **WEIR's** residence in Bridgeport, CT (hereinafter the "Bridgeport Address") was identified by law enforcement through surveillance, Connecticut Department of Motor Vehicle records, Coinbase records, and MoonPay records.

Forum username to CrystalNBluCandy as a means to establish contact. On or about April 24, 2025, the Proton email account sent an email to OCE-1, with the subject line "Connections from Arch"[5] and the text of the email included the following:

> *"…[W]e can do business on Keybase, it's a[n] app that's encrypted… Hit me up on there look for 'Fuzzlefish44'…"*

16. Utilizing the Keybase application, OCE-1 purchased one gram of "Purple Fentanyl (Lavendar)" and 25 "blue pressed pills Oxycodone M30 pills" from CrystalNBluCandy as had been advertised on the Archetyp DNM. OCE-1 requested that the order be shipped to an address that is an undercover mailbox within the Eastern District of Virginia. On or about April 29, 2025, law enforcement retrieved the parcel from the undercover mailbox within the Eastern District of Virginia. The parcel was a white United States Postal Service ("USPS") Priority Mail Small Flat Rate Box with USPS postage, and the sending address was in Fort Lauderdale, FL. The parcel contained approximately 25 small, round, blue pills debossed with "M" and "30" above a half-score, and approximately 0.90 grams of purple powder. Laboratory analysis by the Drug Enforcement Administration ("DEA") identified detectable amounts of fentanyl in both the pills and powder.

17. During the investigation, law enforcement conducted additional undercover purchases of fentanyl pills and powder from CrystalNBluCandy. The following table lists law enforcement's undercover purchases from CrystalNBluCandy and seizures of additional parcels

[5] Based on my training and experience, I know darknet users may refer to the Archetyp DNM as "Arch."

suspected to be from CrystalNBluCandy, as of on or about October 5, 2026.[6] The table also provides the results of laboratory analysis by the DEA and USPIS for the controlled substances located within the parcels and the results of latent fingerprint analysis by the FBI and USPIS of the parcel packaging.

| Date Ordered | Product Ordered[7] | Amount Ordered[8] | Lab Weight (Approximate) | Substances Identified[9] | Fingerprints Identified[10] |
|---|---|---|---|---|---|
| 4/24/2025 | M-30 pills | 25 pills | 2.73 grams | Fentanyl | POTTINGER |
| | Fentanyl | 1 gram | 0.90 grams | | |
| 5/4/2025 | M-30 pills | 25 pills | 2.684 grams | Fentanyl | POTTINGER |
| | Fentanyl | 2 grams | 1.96 grams | | |
| 5/18/2025 | M-30 pills | 150 pills | 16.00 grams | Fentanyl | POTTINGER |
| 5/30/2025 | M-30 pills | 15 pills | 1.679 grams | Fentanyl | None |
| 6/12/2025 | Fentanyl | 4 grams | 4.02 grams | Fentanyl | POTTINGER |
| 7/7/2025 | Fentanyl | 4 grams | 4.006 grams | Fentanyl | POTTINGER |
| | M-30 pills | 25 pills | 2.426 grams | | |
| | | | 0.313 grams | | |
| 7/14/2025 | M-30 pills | 25 pills + $100 worth of M30 pills | 2.57 grams | Fentanyl | POTTINGER |
| | | | 4.314 grams | | |
| 8/20/2025 | M-30 pills | 250 pills | 25.976 grams | Fentanyl | None |

[6] This table does not represent all undercover purchases made from CrystalNBluCandy during the investigation.

[7] This column reflects the product ordered, which was not necessarily the product received.

[8] This column reflects the amounts ordered, which were not necessarily the amounts received.

[9] In some of the M-30 pills and the powder, in addition to fentanyl, other substances identified within the pills and the powder included, but are not limited to, acetaminophen, caffeine, medetomidine, phenobarbital, 4-ANPP, methorphan, tetramethyl norfentanyl, cocaine, alprazolam, lidocaine, and xylazine.

[10] A comparison of latent fingerprints obtained from the packaging materials to the known fingerprints of **POTTINGER** and **WEIR** have identified their fingerprints on the inner and outer packaging of the listed CrystalNBluCandy parcels, as noted in the table.

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2025[11] | USPIS Seizure | USPIS Seizure | 0.9483 grams | Fentanyl | WEIR |
| 10/14/2025 | M-30 pills | 500 pills | 47.66 grams | Fentanyl | WEIR |
| 10/15/2025 | M-30 pills | 25 pills | 2.461 grams | Fentanyl | WEIR |
| 11/10/2025 | M-30 pills | 80 pills | 9.10 grams | Fentanyl | WEIR |
| 1/28/2026 | M-30 pills | 500 pills | 49.80 grams | Fentanyl | WEIR |
| 2/3/2026 | M-30 pills | 100 pills | 12.384 grams | Fentanyl | WEIR |
| 2/6/2026[12] | USPIS Seizure | USPIS Seizure | 1.1080 grams | Fentanyl | WEIR |
| 2/23/2026 | M-30 pills | 125 pills | 12.63 grams | Fentanyl | WEIR |
| 3/5/2026 | M-30 pills | 250 pills | 27.508 grams | Fentanyl | WEIR |
| 4/28/2026 | M-30 pills | 100 pills | 11.58 grams | Fentanyl | WEIR |
| 4/28/2026 | M-30 pills | 100 pills | 11.61 grams | Fentanyl | WEIR |
| 5/6/2026 | M-30 pills | 500 pills | 56.87 grams | Fentanyl | WEIR |
| 5/14/2026 | M-30 pills | 500 pills | 56.60 grams | Fentanyl | WEIR |
| 5/28/2026 | M-30 pills | 1,000 pills | 3.22 grams[13] | Fentanyl | WEIR |
| 6/10/2026 | M-30 pills | 250 pills | 29.8 grams | Fentanyl | WEIR |
| 6/17/2026[14] | USPIS Seizure | USPIS Seizure | 24.68 grams | Fentanyl | WEIR |
| 7/5/2026 | M-30 pills | 250 pills | 29.55 grams | Fentanyl | WEIR |
| **Approximate Combined Total Weight** | | | **457.09 grams** | | |

18. As illustrated above, latent fingerprint analysis identified **POTTINGER** and **WEIR's** fingerprints on numerous parcels from CrystalNBluCandy that were also found to contain fentanyl. According to USPS records, neither **POTTINGER** nor **WEIR** is a USPS employee, and therefore would not handle or be exposed to USPS parcels or USPS packaging materials in the normal course of USPS business. Accordingly, there is probable cause to believe that

[11] This is the date law enforcement identified the parcel in processing. The parcel was addressed to a recipient in Miami, FL and not obtained through an undercover purchase.

[12] This is the date that the parcel was seized from the mail stream by the USPIS. The parcel was addressed to a recipient in Lebanon, Ohio and not obtained through an undercover purchase.

[13] The undercover purchase was for 1,000 M-30 pills but the parcel received by law enforcement only contained a small amount of powder and no pills. The OCE disputed the order with the vendor through the TorZon DNM as having received an incorrect order.

[14] This is the date that the parcel was seized from the mail stream by the USPIS. The parcel was addressed to a recipient in Bel Air, Maryland and not obtained through an undercover purchase.

**POTTINGER** and **WEIR's** fingerprints were identified on the inner and outer packaging of CrystalNBluCandy parcels containing fentanyl because they are involved in the concealing, packaging, and/or placing the fentanyl into the parcels before they enter the mail stream and that this was done in furtherance of the criminal conspiracy that operated CrystalNBluCandy's interstate drug trafficking operation.

***Click-N-Ship Account Used by CrystalNBluCandy***

19. Click-N-Ship (CNS) is an online application offered by the USPS that allows customers to pay for, create, and print shipping labels from home. As of August 31, 2026, law enforcement has identified 15 undercover purchases from CrystalNBluCandy that were shipped using CNS postage under the Account ID ending in -7791 and an address in Bridgeport, CT. According to USPS records, at least 935 shipping labels were purchased between on or about February 14, 2025, and on or about August 24, 2026, using this account.

20. To date, law enforcement has been unable to determine whether the name listed on the account is a real or fictious person. However, through a public source database, law enforcement learned that **WEIR** was possibly associated with the address in Bridgeport, CT, listed on the account from on or about November 2023, and continuing through on or about July 2024. Law enforcement has not developed additional information regarding this association.

21. USPS business records identified postage purchased from this CNS account using a Sutton Bank/prepaid Square Cash Card ending in -1499, which law enforcement found was used to ship CrystalNBluCandy parcels. According to Sutton Bank records, from on or about January 13, 2025, to on or about May 30, 2026,[15] the card ending in -1499 was used in 249 transactions

[15] All dates associated with the Sutton Bank records are listed as the "post date" in the records.

with the listed merchant "USPS.COM CLICKNSHIP." It was also used in one transaction with the listed merchant "OnionSearchEngine.com," whose mission, according to their website, is to index the Tor network providing fast, relevant, and privacy-respecting search results and make the deep web more accessible for legitimate use.

22. The Sutton Bank records show that from on or about December 4, 2024, to on or about May 4, 2026, the card ending in -1499 was used in 70 transactions with merchants located in Florida. A booking report filed for the August 29, 2025, arrest of **POTTINGER** by the Broward County Sheriff's Office also listed the Lauderhill Address as **POTTINGER's** permanent address and that he had been a resident at the address for approximately 24 months.[16] The transactions in the Sutton Bank records included purchases at "STARBUCKS STORE 64968" and at "WENDY'S #8475." Using the Starbucks website and Google Maps, law enforcement determined that Starbucks Store #64968 is located approximately 1.1 miles in driving distance from the 3641 NW 1st Ct address in Lauderhill, FL. Through internet searches and by using Google Maps, law enforcement determined that Wendy's Store #8475 is located approximately 0.3 miles in driving distance from the Lauderhill Address. Additionally, the prepaid card ending in -1499 was used at USPS post office locations in Miami Beach, FL and Miami, FL, and as recently as on or about March 23, 2026.

23. Due to the purchases of CNS postage in connection with CrystalNBluCandy parcels and the large number of transactions with merchants in Florida, including those at the Starbucks's and Wendy's locations that are in close proximity to the Lauderhill Address

[16] As previously referenced, as of on or about July 16, 2026, according to Florida's DAVID, **POTTINGER's** address was listed as the Fort Lauderdale Address, but recent surveillance by law enforcement has led law enforcement to believe that **POTTINGER** has returned to the Lauderhill Address and is currently living there.

associated with **POTTINGER**, there is probable cause to believe that **POTTINGER** was in control of or had access to the card ending in -1499. There is also probable cause to believe that the CNS account ending in -7791 and the card ending in -1499 were used in furtherance of CrystalNBluCandy's interstate drug trafficking conspiracy.

***Additional Evidence of POTTINGER's Involvement in CrystalNBluCandy***[17]

**a. May 18, 2025 Undercover Purchase**

| | |
|---|---|
| May 18, 2025 | OCE-1 made an undercover purchase of 150 M-30 pills from CrystalNBluCandy and provided the vendor with the address for an undercover mailbox within the Eastern District of Virginia to receive the narcotics order. |
| May 19, 2025 2:55 PM | Law enforcement reviewed CCTV footage at the Flagler Post Office in Miami, FL[18] and observed an individual resembling **POTTINGER's** physical appearance inside the Flagler Post Office as depicted below.   |
| May 19, 2025 2:57 PM | According to USPS records, the CrystalNBluCandy parcel bearing USPS tracking number ending in -5290, was accepted at the Flagler Post Office, |

[17] All referenced dates and times are approximate.

[18] The timestamp for the CCTV was approximately six minutes behind the local time.

| | |
|---|---|
| | located in Miami, FL,[19] which was approximately two minutes after the individual resembling **POTTINGER's** physical appearance was observed at the counter. |
| May 23, 2025 | A white USPS Priority Mail Flat Rate Box, with USPS tracking number ending in -5290, was delivered to the undercover mailbox within the Eastern District of Virginia. The parcel contained numerous small, round, blue pills debossed with "M" and "30" above a half-score. According to DEA laboratory analysis, the pills contained approximately 16.00 grams of fentanyl, and according to FBI laboratory analysis, the inner and outer parcel packaging had latent fingerprints identified to **POTTINGER.** |

**b. June 12, 2025 Undercover Purchase**

| | |
|---|---|
| June 12, 2025 | OCE-1 made an undercover purchase of four grams of fentanyl from CrystalNBluCandy. OCE-1 provided the vendor with the address for an undercover mailbox within the Eastern District of Virginia to receive the narcotics order. |
| June 13, 2025<br>11:07 AM | According to USPS records, the CrystalNBluCandy parcel bearing USPS tracking number ending in -2161 was accepted at the Melrose Vista Post Office in Fort Lauderdale, FL.[20] |
| June 13, 2025 | Law enforcement reviewed CCTV footage at the Melrose Vista Post Office in Fort Lauderdale, FL and observed an individual resembling **POTTINGER's** physical appearance as depicted below. The video footage from June 13, 2025, did not appear to have date or time stamps. |

[19] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information from USPS records.

[20] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information from USPS records.

| | |
|---|---|
| |  |
| June 16, 2025 | Law enforcement intercepted a white USPS Priority Mail Flat Rate Envelope, with USPS tracking number ending in -2161 from the mail stream within the Eastern District of Virginia. That same day, law enforcement opened the parcel and located a plastic bag containing a powdery substance, purple in color, inside. According to DEA laboratory analysis, the pills contained approximately 4.02 grams of fentanyl and according to FBI laboratory analysis, the inner parcel packaging had latent fingerprints identified to **POTTINGER.** |

**c. August 20, 2025 Undercover Purchase**

| | |
|---|---|
| August 20, 2025 | OCE-1 made an undercover purchase of 250 M-30 pills from CrystalNBluCandy to be shipped to an undercover mailbox within the Eastern District of Virginia. |
| August 21, 2025 12:15 PM | During physical surveillance by law enforcement, an individual resembling **POTTINGER's** physical appearance was observed driving a white Nissan Altima, bearing Florida license plate 58BJHI, which is registered to **POTTINGER**, towards the United States Post Office, located at 16400 West Dixie Highway, North Miami Beach, FL 33160. |
| August 21, 2025 12:26 PM | Surveillance by law enforcement then observed an individual resembling **POTTINGER's** physical appearance exit the vehicle and enter the post office with a parcel in hand. |
| August 21, 2025 12:29 PM | Surveillance by law enforcement continued inside the post office, where an individual resembling **POTTINGER's** physical appearance was observed in line with a parcel. |

| | |
|---|---|
| |  |
| August 21, 2025 12:34 PM | According to USPS records, the CrystalNBluCandy parcel bearing USPS tracking number ending in -1248, was accepted at the North Miami Beach Post Office, located in North Miami Beach, FL.[21] |
| August 21, 2025 12:35 PM | According to physical surveillance by law enforcement, an individual resembling **POTTINGER's** physical appearance purchased postage at the teller counter and mailed the parcel. Law enforcement was also able to observe that the parcel was addressed to the undercover name and address provided by OCE-1 when they purchased 250 M-30 pills from CrystalNBluCandy. The package further bore USPS tracking number ending in -1248.   |

[21] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information from USPS records.

| | |
|---|---|
| August 21, 2025 12:36 PM | According to physical surveillance, an individual resembling **POTTINGER's** physical appearance, with a receipt in hand, exited the post office, and entered the white Nissan Altima bearing Florida license plate 58BJHI before departing the area. |
| August 23, 2025 | A parcel with USPS tracking number ending in -1248 arrived at the undercover mailbox within the Eastern District of Virginia. |
| August 25, 2025 | Law enforcement opened and processed the package, which contained two black mylar heat sealed bags that had numerous small, round, blue pills stamped with "M" and "30" above a half-score. According to DEA laboratory analysis, the pills contained approximately 25.976 grams of fentanyl. |

***Additional Evidence of WEIR's Involvement in CrystalNBluCandy***[22]

**a. January 28, 2026 Undercover Purchase**

| | |
|---|---|
| January 28, 2026 | OCE-1 made an undercover purchase of 500 M-30 pills from CrystalNBluCandy to be shipped to an undercover mailbox within the Eastern District of Virginia. |
| January 28, 2026 10:21 AM | According to USPS tracking records, a shipping label for the CrystalNBluCandy parcel bearing USPS tracking number ending in -5463 was created.[23] |
| January 28, 2026 11:32 AM | According to surveillance, an individual resembling the physical appearance of **WEIR** exited the Bridgeport Address, walked north, out of camera view, towards where a black BMW sedan, bearing Connecticut license plate BN20407, and registered to **WEIR** was parked. According to Department of Motor Vehicle records, the Bridgeport Address is listed as **WEIR's**.[24] The individual appeared to be holding a white rectangular item in their hand. Shortly thereafter, the BMW pulled in front of the Bridgeport Address. The individual exited the vehicle and briefly re-entered the Bridgeport Address and deposited trash in a trash can on the street. The individual then re-entered the driver's seat of the BMW. Physical surveillance maintained visual contact with the BMW during its travel from |

[22] All referenced dates and times are approximate.

[23] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information.

[24] Identified by law enforcement as **WEIR's** residence. *See supra* p.7, n.4.

| | |
|---|---|
| | the Bridgeport Address to 357 Commerce Drive, Fairfield, CT 06825, which is the location of a U.S. Post Office. |
| January 28, 2026 11:48 AM | Law enforcement observed an individual resembling **WEIR's** physical appearance, wearing black pants, a black hooded jacket, and a black face mask exit the driver's seat of the BMW and enter the post office. |
| January 28, 2026 11:50 AM | Law enforcement reviewed CCTV footage at the Fairfield Post Office in Fairfield, CT[25] and observed an individual wearing what appeared to be black pants and a black hooded jacket inside the post office as depicted below.   |
| January 28, 2026 11:50 AM | According to USPS records, the CrystalNBluCandy parcel bearing USPS tracking number ending in -5463 was accepted at the Fairfield Post Office, |

[25] The timestamp for the CCTV is approximately 58 minutes ahead of the local time.

| | |
|---|---|
| | located in Fairfield, CT,[26] which was approximately two minutes after the individual resembling **WEIR** was observed entering the Post Office. |
| January 28, 2026 11:51 AM | Law enforcement observed an individual resembling **WEIR's** physical appearance exit the Post Office and re-enter the driver's seat of the BMW before departing the area. |
| February 2, 2026 | Law enforcement recovered and opened the parcel bearing USPS tracking number ending in -5463, which was a white USPS Priority Mail Small Flat Rate Box. Within the box were numerous small, round, blue pills debossed with "M" and "30" above a half-score. According to DEA laboratory analysis, the pills contained approximately 49.80 grams of fentanyl; and, according to FBI laboratory analysis, the parcel packaging contained fingerprints identified to **WEIR**. |

**b. April 28, 2026 Undercover Purchase**

| | |
|---|---|
| April 28, 2026 | OCE-1 and OCE-2 both conducted undercover purchases of 100 M-30 pills from CrystalNBluCandy. One purchase was conducted via a direct deal using the Keybase application, and the other purchase was conducted on TorZon DNM. Both OCEs provided the vendor with addresses for undercover mailboxes within the Eastern District of Virginia to receive the narcotics orders. |
| April 29, 2026, 11:05 AM | According to USPS tracking, shipping labels were created for both CrystalNBluCandy parcels. |
| April 29, 2026, 12:01 PM | According to surveillance, a tall, black male, resembling **WEIR's** physical appearance, wearing a black shirt, black pants, a black head covering, and sunglasses, exited the Bridgeport Address holding one or more white rectangular objects. Law enforcement observed the individual resembling **WEIR's** physical appearance briefly enter the driver's seat of a gray Hyundai sedan before exiting the Hyundai empty-handed. The individual re-entered the driver's seat of the Hyundai and departed the area. |
| April 29, 2026 12:14 PM | Physical surveillance observed the Hyundai arrive at the U.S. Post Office in Fairfield, CT. The individual resembling **WEIR's** physical appearance was observed exiting the Hyundai holding approximately four white envelopes and entering the post office. Shortly thereafter, law enforcement observed the same individual exit the post office empty-handed and enter the driver's seat of the Hyundai before departing the area. |

[26] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information.

| | |
|---|---|
| April 29, 2026 12:15 PM | Law enforcement reviewed CCTV footage from inside the Farfield Post Office in Fairfield, CT.[27] In the footage, law enforcement observed an individual resembling **WEIR's** physical appearance, wearing clothing that matched the description from law enforcement's surveillance, with what appeared to be a glove on the hand that was carrying white items consistent with USPS parcels, and enter the post office as depicted below.   |
| April 29, 2026 12:28 PM | According to USPS records, the CrystalNBluCandy parcels bearing USPS tracking numbers ending in -7415 and -7453 were accepted at the Fairfield Post Office, located in Fairfield, CT,[28] which was approximately 13 minutes after the individual matching **WEIR's** physical appearance was observed on CCTV walking inside the post office with what appeared to be USPS parcels. |
| April 30, 2026 | Both items were intercepted by law enforcement from the mail stream in the Eastern District of Virginia. Law enforcement subsequently opened both parcels (USPS Priority Mail Flat Rate Envelopes) and discovered each parcel contained numerous small, round, blue pills. According to DEA and USPIS laboratory analysis, the two orders of pills contained, respectively, approximately 11.58 and 11.61 grams of fentanyl and, according to FBI and USPIS laboratory analysis, the packaging of both parcels had latent fingerprints identified to **WEIR**. |

[27] The timestamp for the CCTV is approximately 58 minutes and 42 seconds ahead of local time.

[28] While processing the CrystalNBluCandy parcel law enforcement noted the USPS tracking number affixed to the parcel and obtained the relevant tracking information.

**c. CrystalNBluCandy Darknet Proceeds Connected to WEIR**

24. On or about October 13, 2025, OCE-1 contacted CrystalNBluCandy requesting to purchase 500 M-30 pills and one gram of pink fentanyl powder. CrystalNBluCandy indicated the price for the M-30 pills and fentanyl powder would be approximately 0.0133869 Bitcoin. CrystalNBluCandy provided a Bitcoin wallet ending in -pkth ("CBC-1") for receipt of payment.

25. On or about October 14, 2025, OCE-1 sent CrystalNBluCandy the funds for the undercover purchase to CBC-1. On or about October 14, 2025, CBC-1 sent the entirety of the OCE's payment to a Coinbase wallet ending in -Rzwk ("BTC-1"). According to records from Coinbase,[29] the user information for BTC-1 wallet lists **WEIR's** name and the Bridgeport Address. As such, the entire proceeds from law enforcement's October 13, 2025, undercover purchase of fentanyl from CrystalNBluCandy were ultimately deposited into a wallet associated with **WEIR**.

26. According to a review of CBC-1, the wallet received five deposits between on or about October 23, 2025, and on or about November 29, 2025, from a wallet cluster attributed to TorZon Darknet Drug Market ("TorZon DNM"). TorZon DNM is a marketplace from which law enforcement has purchased counterfeit M-30 pills from CrystalNBluCandy. Nearly half of the aggregate deposits from TorZon DNM to CBC-1 were sent directly to BTC-1. Thus, funds from TorZon DNM were deposited into CrystalNBluCandy's wallet, CBC-1, and then deposited into the wallet associated with **WEIR**, BTC-1.

27. Between on or about December 7, 2025, and on or about March 13, 2026, BTC-1 received 11 deposits from a wallet ending in -6e4x ("BTC-2"). During this date range, BTC-2 received approximately 44 deposits from TorZon DNM. The majority of these deposits appear to

[29] Coinbase is a secure online platform for buying, selling, transferring, and storing cryptocurrency.

have been transferred to BTC-1 based on the timing of the funds received from TorZon DNM and the timing of the funds sent to BTC-1.

28. Based on these transfers, law enforcement assesses that BTC-2 is a "transition" wallet into which illicit funds are deposited prior to transfer to primary user wallets such as BTC-1. Therefore, I believe **WEIR** used the "transition" wallet, BTC-2, as a means to obfuscate the original source of the illicit funds, with the original source being proceeds from narcotics sales or funds received from DNMs that were then deposited into the wallet in **WEIR's** name, BTC-1.

29. Between on or about March 17, 2026, and on or about May 23, 2026, BTC-2 received approximately 58 additional deposits from TorZon DNM. After on or about March 13, 2026, BTC-2 funds were predominately sent to two separate wallets, including one ending in -fnsm ("BTC-3").

30. Law enforcement conducted a review of BTC-3 transactions. Of the funds BTC-3 received between on or about March 19, 2026, and on or about April 18, 2026, a majority came from BTC-2, cryptocurrency exchange ChangeNow.io, and a deposit received indirectly from drugbuyersguide.info. Of the funds BTC-3 received, approximately 97% of the funds were sent to Moonpay.com, a cryptocurrency exchange. According to MoonPay.com records, these transactions are associated with an account in **WEIR's** name.

31. In summary, cryptocurrency tracing analysis of CrystalNBluCandy's wallet, CBC-1, identified the flow of cryptocurrency in exchange for M-30 pills and fentanyl powder to a Bitcoin wallet in **WEIR's** name, BTC-1. Additionally, TorZon DNM, where CrystalNBluCandy has sold M-30 pills, sent funds to CrystalNBluCandy's wallet, CBC-1, which then sent a portion of the funds to a wallet in **WEIR's** name, BTC-1. Furthermore, TorZon DNM sent additional funds to a "transition" wallet, BTC-2, which then sent funds to a cryptocurrency exchange,

MoonPay.com, where the transactions were associated with an account in **WEIR's** name. Accordingly, law enforcement was able to trace the proceeds of a CrystalNBluCandy M-30 pill and fentanyl powder sale directly to an account in **WEIR's** name. Law enforcement further identified the flow of withdrawals from a darknet marketplace on which CrystalNBluCandy offers the sale of fentanyl products to a wallet that then deposited funds into an account in **WEIR's** name.

***Evidence of POTTINGER's and WEIR's Coordination and Combined Efforts***

32. According to government databases, **POTTINGER** and **WEIR** have the same biological father and therefore, law enforcement believes that they are half-brothers. In addition to this familial relationship, I also know that prior to relocating to Florida, **POTTINGER** was a resident of Connecticut, which is where **WEIR** was living until on or about August 25, 2026.[30] As detailed in this Affidavit, law enforcement's investigation has determined that CrystalNBluCandy operated from both locations, and believes that **POTTINGER**, in Florida, and **WEIR**, in Connecticut, have engaged in multiple overt acts in furtherance CrystalNBluCandy's interstate drug trafficking conspiracy.

33. Early in the conspiracy, there is probable cause to believe that **POTTINGER** was directly involved in shipping the M-30 pills and fentanyl powder from Florida to the undercover mailboxes as provided by OCEs within the Eastern District of Virginia. This is based upon physical surveillance and a review of electronic surveillance by law enforcement in connection with the undercover purchases from CrystalNBluCandy as well as FBI laboratory analysis that identified **POTTINGER's** latent fingerprints on the inner and outer packaging of CrystalNBluCandy parcels.

---

[30] **WEIR** was arrested by the Connected State Police on this date and is currently incarcerated. *See infra* pp. 29-31.

34. Additionally, there is probable cause to believe that **POTTINGER** was coordinating the ordering and shipping of CrystalNBluCandy's M-30 pills and fentanyl powder. At the beginning of the investigation, when OCE-1 communicated and placed orders with Fuzzlefish44, the orders were shipped from Florida with the exception of a single parcel that shipped from Connecticut. **POTTINGER's** fingerprints were identified on the inner and/or outer packaging of all but one of the parcels shipped from Florida. For two of the Florida-originated parcels, Fuzzlefish44 texted OCE-1 a picture of a USPS receipt along with the messages "Shipped it off bro" and "Just shipped it out,"[31] indicating that the CrystalNBluCandy narcotics parcels had been dropped off at the post office. FBI laboratory analysis identified **POTTINGER's** fingerprints on the inner packaging of both of these parcels. Thus, law enforcement assesses that early on, **POTTINGER** coordinated OCE-1's narcotics orders and then packaged the parcels, placed the parcels in the mail stream, and communicated with OCE-1 via Keybase to advise the OCE that the parcels had been shipped.

35. On or about August 29, 2025, **POTTINGER** was arrested and charged with narcotics offenses, which have since been nolle prossed. After the arrest, beginning in or around October 2025, all of the parcels containing law enforcement's undercover purchases originated and entered the mail stream in Connecticut, believed to be shipped by **WEIR**.[32] This belief is based upon physical surveillance by law enforcement in connection with the undercover purchases from CrystalNBluCandy, a review of postal electronic surveillance, as well as the FBI and USPIS

---

[31] Fuzzlefish44 provided OCE-1 the USPS photos of the receipts for parcels from law enforcement's undercover purchases from CrystalNBluCandy on or about July 7, 2025, for fentanyl and M-30 pills, and on or about July 14, 2025, for M-30 pills.

[32] There was one parcel containing an undercover purchase from CrystalNBluCandy prior to this timeframe that originated in Bridgeport, CT. Based on my participation in this investigation and the facts provided in this Affidavit, I believe it is likely **WEIR** shipped this parcel.

laboratory analysis that identified **WEIR's** latent fingerprints on the inner and outer packaging of CrystalNBluCandy parcels.

36. Despite the parcels being shipped from a new location, Connecticut, CrystalNBluCandy continued to utilize Fuzzlefish44 to communicate with OCE-1. According to OCE-1, Fuzzlefish44's interactions, demeanor, and use of the "salute" emoji have been consistent throughout the investigation. Based on the foregoing, law enforcement believes that Fuzzlefish44 was primarily operated by **POTTINGER**.

37. In addition, to the aforementioned evidence including that related to the Fuzzlefish44 account, **POTTINGER** and **WEIR's** coordination and combined efforts in furtherance of CrystalNBluCandy are also demonstrated by the undercover purchase, online records, and wireless records described below.

**a. November 10, 2025 Undercover Purchase**

| | |
|---|---|
| November 10, 2025 | OCE-1 conducted an undercover purchase for 80 M-30 pills from CrystalNBluCandy using the Keybase application to be shipped to an undercover mailbox within the Eastern District of Virginia. |
| November 13, 2025<br>11:45 AM | According to USPS records, a shipping label for the CrystalNBluCandy parcel with USPS tracking number ending in -2236 was created. CrystalNBluCandy provided OCE-1 with the same USPS tracking number. |
| November 13, 2025<br>11:51 AM | According to surveillance, an individual resembling **WEIR's** physical appearance was observed departing the Bridgeport Address holding a white, flat item, consistent with an envelope, in his hand. This individual was then observed entering the driver's seat of a black BMW sedan bearing Connecticut license plate BN20407, which is registered to **WEIR**, and then departing south out of view of the camera. |
| November 13, 2025<br>4:42 PM | According to USPS records, the CrystalNBluCandy parcel bearing USPS tracking number ending in -2236 was processed through the USPS facility in Stamford, CT. |
| November 14, 2025<br>11:18 AM<br>11:37 AM | According to USPS business records, an IP address ending in-8c83 tracked the status of parcel on at least two occasions. Comcast records show that the subscriber of the IP address, which tracked the |

| | |
|---|---|
| | CrystalNBluCandy parcel is **POTTINGER** with the Lauderhill Address listed as the service and billing address. |
| November 18, 2025 | When law enforcement opened the white USPS Priority Mail Flat Rate Envelope with tracking number ending in -2236, it was found to contain numerous, small, round blue pills debossed with "M" and a "30" above a half-score. According to DEA laboratory analysis, the pills contained approximately 9.10 grams of fentanyl, and according to FBI laboratory analysis, the inner and outer packaging had latent fingerprints identified as **WEIR's.** |

**b. Online Purchases of Narcotics Test Strips**

38. A review of online records for an account associated with **POTTINGER** shows that on the dates listed below, the **POTTINGER** account ordered xylazine and fentanyl test strips to be shipped to **WEIR** at the Bridgeport Address.

| Order Date | Item Description |
|---|---|
| 3/21/2026 | Rapid Response 2.0 Xylazine Test Strips-5 Pack – Detects Xylazine in Liquid & Powder Including Cocaine – Fast, Accurate, and Easy to Use, Harm Reduction & Overdose Prevention |
| 4/3/2026 | Rapid Response 2.0 Fentanyl Test Strips-5 Pack – Upgraded Drug Testing Kit with Micro Scoop – Fewer Cross-Reactions – Fast & Accurate Harm Reduction Tool for Overdose Prevention |
| 4/3/2026 | Rapid Response 2.0 Xylazine Test Strips-5 Pack – Detects Xylazine in Liquid & Powder Including Cocaine – Fast, Accurate, and Easy to Use, Harm Reduction & Overdose Prevention |
| 5/5/2026 | Rapid Response 2.0 Xylazine Test Strips-5 Pack – Detects Xylazine in Liquid & Powder Including Cocaine – Fast, Accurate, and Easy to Use, Harm Reduction & Overdose Prevention |

39. Laboratory analysis by the DEA and USPIS has detected both fentanyl and xylazine in the M-30 pills and/or powder that law enforcement has obtained from CrystalNBluCandy during undercover purchases or through the lawful seizures suspected to be from CrystalNBluCandy. According to the Centers for Disease Control and Prevention, xylazine is a non-opioid sedative or tranquilizer. Xylazine is commonly mixed in illicit drugs such as fentanyl without the user's

knowledge. According to DEA information, this greatly increases the risk of a fatal overdose because mixing xylazine with fentanyl intensifies and prolongs the sedative effects of fentanyl.

40. On or about July 5, 2026, OCE-1 conducted an undercover purchase of 250 M-30 pills from CrystalNBluCandy. OCE-1 asked CrystalNBluCandy about the type of opioid in the M-30 pills because CrystalNBluCandy told OCE-1 that they had a new source of supply. Specifically, OCE-1 sent a message to FuzzleFish44 on Keybase and asked if the M-30 pills were "still fent or these zenes," which refers to nitazenes. According to DEA information, nitazenes are a strong synthetic opioid that can be more potent than fentanyl with a significant risk of a fatal overdose. CrystalNBluCandy responded to the message on Keybase via FuzzleFish44, "They're Fent bro tested them and all."

41. From my training and experience, I know that darknet narcotics vendors and customers will purchase test strips to detect the presence of narcotics within their products prior to further distribution or consumption. This type of quality control would be especially important when the darknet narcotics vendor receives product from a source of supply, which appears to be the case with CrystalNBluCandy, as opposed to manufacturing the product themselves. The test strips provide a fast and low-cost method of confirming the presence of narcotics in the product prior to further distribution via the darknet.

42. Accordingly, there is probable cause to believe that in furtherance of CrystalNBluCandy's interstate drug trafficking conspiracy and **POTTINGER** purchased test strips that were shipped to **WEIR** in Connecticut for the purpose of confirming the presence of narcotics in CrystalNBluCandy products prior to distribution.

**c. Wireless Records for POTTINGER and WEIR**

43. According to T-Mobile records, as of on or about August 23, 2026, the subscriber and customer name for the T-Mobile account with the phone number ending in -4720 is **WEIR** with a service and billing address at the Bridgeport Address, which was **WEIR's** last known address until his arrest.[33] The phone number ending in -4720 is further associated with **WEIR** through records obtained from Amazon, Coinbase, and MoonPay.

44. According to Comcast records, between on or about June 5, 2026, continuing through on or about September 14, 2026, subscriber for the Xfinity Mobile account with the phone number ending in -6560 was **POTTINGER** with a service and billing address in the 500 block of NE 13th Street in Fort Lauderdale, FL. The phone number ending in -6560 was further associated with **POTTINGER** through records obtained from Amazon, Coinbase, and Google.

45. According to the aforementioned Comcast call detail records, from on or about June 13, 2026, continuing through on or about August 20, 2026, the phone numbers ending in -4720 and -6560 had 10 phone calls, with call durations including 45 minutes, 33 minutes, and 21 minutes. As of on or about August 24, 2026, the most recent phone calls were on August 20, 2026, for a total of 42 minutes. Therefore, the phone numbers associated with **POTTINGER** and **WEIR** were in communication prior to **WEIR's** arrest and based on the facts detailed in this Affidavit, there is probable cause to believe that the phone calls likely discussed CrystalNBluCandy's interstate drug trafficking conspiracy.

---

[33] **WEIR** was arrested by the Connected State Police on this date and is currently incarcerated. *See infra* pp. 29-31.

***August 25, 2026 Arrest of WEIR by the Connecticut State Police***

46. In August 2026, the Connecticut State Police ("CSP") Statewide Narcotics Task Force ("SNTF") initiated an investigation of **WEIR** for the distribution of narcotics within the City of Bridgeport, Connecticut.[34] Through controlled purchases and physical surveillance, investigators with the SNTF developed evidence that **WEIR** was actively distributing narcotics and utilizing the Bridgeport Address and multiple vehicles to facilitate his drug trafficking.

47. On or about August 21, 2026, the Honorable Kevin C. Doyle, Judge for the Bridgeport Superior Court, authorized state search warrants for **WEIR's** person, the Bridgeport Address, and two vehicles associated with **WEIR**.

48. On or about August 25, 2026, Connecticut law enforcement officers executed the state search warrants at the Bridgeport Address. Upon entry, **WEIR's** mother and his two children were located in their bedrooms on the first floor of the residence. Law enforcement located **WEIR** in the basement apartment of the residence and observed him running from the basement living room area to a basement bedroom later identified as **WEIR's**. Law enforcement directed **WEIR** to return to the living room, where he was detained, and taken into custody.

49. During the search of the Bridgeport Address, law enforcement located a locked safe in the basement living room that was forced upon pursuant to the aforementioned state search warrant. A search of the safe resulted in the seizure of approximately 256 grams of suspected fentanyl, 8,270 suspected pressed fentanyl pills, 64.6 grams of suspected methamphetamine, 360 suspected Adderall pills, 766 suspected pressed MDMA pills, commonly known as ecstasy, a .40 caliber, Glock, model 22, semi-automatic pistol, and a high-capacity magazine capable of holding

[34] The SNTF investigation of **WEIR** was not part of the federal investigation of darknet vendor CrystalNBluCandy and the FBI and USPIS only learned of its existence following **WEIR's** arrest by the CSP on or about August 25, 2026.

30 rounds of ammunition, which contained 29 rounds of .40 caliber ammunition. Also, located in the safe was a USPS box addressed to "James Davis" at the Bridgeport Address, which contained approximately 2,612 suspected oxycodone pills concealed inside a Skittles candy bag.

50. Within the basement kitchen, law enforcement observed approximately 100 unused USPS mail parcels and located a reusable shopping bag on the floor with a measuring container, fork, and spoon inside. These items also had a white powdery residue on them consistent with fentanyl or cocaine.

51. In addition to the unused USPS mail parcels, law enforcement also observed an HP laptop computer in the basement living room. Law enforcement also seized two cell phones, an Apple iPhone and Samsung, and a USB flash drive from the basement apartment. Through my training and experience and knowledge of the FBI and USPIS investigation of CrystalNBluCandy, I know that distributing controlled substances via the darknet requires the use of electronic devices such as these to access the internet. Furthermore, the presence of these devices and the unused USPS mail parcels, along with a large quantity of suspected fentanyl, is consistent with law enforcement's belief that since at least in and around October 2025,[35] **WEIR** was shipping the parcels containing fentanyl for CrystalNBluCandy from Connecticut to the covert mailbox within Eastern District of Virginia and elsewhere.

52. During a search of the basement bedroom, law enforcement located a pill press on the floor near a dresser that had a digital scale with a powdery residue on its weighing surface. Law enforcement also located additional suspected controlled substances inside the nightstand

[35] Law enforcement's May 30, 2025, undercover purchase of 15 M-30 pills from CrystalNBluCandy also originated in Bridgeport, Connecticut.

along with approximately $2,000 in United States currency, **WEIR's** passport, and multiple other documents bearing **WEIR's** name.

53. While on scene at the Bridgeport Address, law enforcement interviewed **WEIR's** mother who confirmed that the three bedrooms located on the first floor of the residence were used by her and **WEIR's** two children. **WEIR's** mother also told law enforcement that the basement living quarters and associated personal items belonged to **WEIR** and that she did not know about the safe located in the basement living room.

54. During post-*Miranda* questioning, **WEIR** denied being engaged the sale of narcotics and further advised law enforcement, "[h]onestly, whatever y'all found in the safe, y'all got really lucky." **WEIR** also denied any knowledge of the firearm and extended magazine recovered from the safe.

***Scope of Conspiracy and Total Weight***

55. From in or around April 2025, and continuing through on or about July 9, 2026, the FBI and USPIS seized more than 400 grams of a substance containing a detectable amount of fentanyl as a result of undercover purchases from CrystalNBluCandy or lawfully intercepting parcels from the mail stream believed to be from CrystalNBluCandy.[36] However, based upon law enforcement's review of Click-N-Ship records, cryptocurrency tracing, and darknet market data, there is probable cause to believe that through the coordination and combined efforts of **POTTINGER** and **WEIR**, CrystalNBluCandy distributed significantly more than this amount during the conspiracy. This is further supported by the arrest of **WEIR** by the CSP on or about

[36] The parcels which law enforcement has intercepted in the mail stream all share the same sender's name and address with CrystalNBluCandy's other known parcels. The postage for these seized parcels also came from the same CNS account ending in -7791 which CrystalNBluCandy has used to ship law enforcement's undercover narcotics purchases.

August 25, 2026, and the seizure of a large quantity of suspected controlled substances from the Bridgeport Address in connection with that arrest.

56. Following **WEIR's** arrest, CrystalNBluCandy appears to have largely ceased its interstate drug trafficking operation. For example, in and around September 2026, CrystalNBluCandy switched its TorZon DNM account to "vacation mode" and is no longer offering products for sale. Additionally, FuzzleFish44 has stopped communicating with OCE-1 on the Keybase application. Therefore, I believe that the arrest of **WEIR**, who remains in custody in Connecticut, disrupted CrystalNBluCandy's interstate drug trafficking operation and it appears that the conspiracy to distribute fentanyl involving **POTTINGER** and **WEIR** is no longer active.

## CONCLUSION

57. Based on the foregoing, I respectfully submit that there is probable cause to believe that, from at least in or around April 2025 and continuing through on or about August 25, 2026, within the Eastern District of Virginia and elsewhere, the defendants, **POTTINGER** and **WEIR**, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others unknown, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and 846.

Respectfully submitted,

Carly Applebaum

Carly Applebaum
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 13, 2026.

John Anderson Digitally signed by John Anderson Date: 2026.10.13 16:41:25 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge
Alexandria, Virginia